Nathan Eisenberg, Appellant, v. Dodge Motors New York, Inc., Defendant, Impleaded with Commercial Credit Corporation, Respondent.— Order

so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.